30039          State v. Foster                                    Affirmed